FILED
OCT 2 9 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| RYAN RILEY, | ) | 4:25CR551-SEP/PLC |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

On or about November 22, 2021, in the Eastern District to Missouri and elsewhere,

**RYAN RILEY,**

the defendant herein, knowingly possessed with the intent to distribute oxycodone, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT II

The Grand Jury further charges that:

On or about November 22, 2021, in the Eastern District to Missouri and elsewhere,

**RYAN RILEY,**

the defendant herein, knowingly acquired and obtained possession of a controlled substance, to wit: oxycodone, a Schedule II controlled substance, by misrepresentation, deception, and subterfuge in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT III

The Grand Jury further charges that:

On or about November 24, 2021, in the Eastern District to Missouri and elsewhere,

**RYAN RILEY,**

the defendant herein, knowingly possessed with the intent to distribute oxycodone, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV

The Grand Jury further charges that:

On or about November 24, 2021, in the Eastern District to Missouri and elsewhere,

**RYAN RILEY,**

the defendant herein, knowingly acquired and obtained possession of a controlled substance, to wit: oxycodone, a Schedule II controlled substance, by misrepresentation, deception, and subterfuge in violation of Title 21, United States Code, Section 843(a)(3).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(l) or 843(a)(3), as set forth in Counts I through IV, the Defendant shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s); and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to the offenses charged in Counts I through IV.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

__________________________________
JAMES C. DELWORTH, #29702MO
Assistant United States Attorney